**Motion Denied; Petition for Writ of Mandamus Denied and Memorandum Opinion filed May 22, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-13-00439-CV

## IN RE ROBERT L. SONFIELD, JR., ROBERT L. SONFIELD P.C. D/B/A SONFIELD & SONFIELD, ROBERT RHODES, AND WILLIAM MCILWAIN, Relators

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**On Appeal from the 281st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-06483**

## MEMORANDUM OPINION

On May 21, 2013, relators filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. §22.221 (Vernon 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Ken Wise, presiding judge of the 281st District Court of Harris County to vacate his order signed May 17, 2013. Relators have also filed a motion for emergency relief that requests the same relief.

Relators have not established that they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus and motion for emergency relief.


PER CURIAM


Panel consists of Justices Boyce, Jamison and Busby.